FILED '26 06 11 PM02:19 MDGA-ALB

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 1:26-PO-2-ALS** |
| | : | |
| **KELVIN D. HILL** | : | **VIOLATION:** |
| | : | **21 U.S.C. § 844** |
| | : | |
| | : | |

## ORDER DISMISSING CITATION

Before the Court is the United States of America's Motion to Dismiss the Citation. In support of its motion, the United States explains that it has filed an Information charging Defendant based on the same alleged conduct underlying the Citation.

Having considered the motion and the reason presented therein, the Court finds that it is in the interests of justice to grant the government's motion. Accordingly, and for good cause shown, the Citation issued against Defendant is hereby DISMISSED with prejudice.

SO ORDERED, this _11th_ day of _June_, 2026.

_____
ALFREDA L. SHEPPARD
UNITED STATES MAGISTRATE JUDGE